UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:11-cr-15-2D

UNITED STATES OF AMERICA

vs.

McKINLEY FOGG

ORDER TO SEAL SUBMISSION
OF DOCUMENTS

Upon motion of defendant and for good cause shown, it is hereby ORDERED that the following documents be sealed: those certain documents filed as DE #145.

So ORDERED this the __4__ day of March, 2016.

JAMES C. DEVER, III
CHIEF U.S. DISTRICT JUDGE